Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Civil Division

Case: 1:23-cv-01205   JURY DEMAND
Assigned To : Reyes, Ana C.
Assign. Date : 5/1/2023
Description: Pro se Civ. Gen. (F-Deck)

Abdullahi Mohamed Farah )
)
) Case No. _____
) *(to be filled in by the Clerk's Office)*
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* ) Jury Trial: *(check one)* [✓] Yes  [ ] No
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
)
See Attached )
)
)
)
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)* )

## COMPLAINT FOR A CIVIL CASE

I.   **The Parties to This Complaint**

   A.   **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Abdullahi Mohamed Farah
   Street Address: c/o Von Batten-Montague-York.1300 Penn Ave NW Suite 700
   City and County: Washington, D.C.
   State and Zip Code: DC 20004
   Telephone Number: 713-258-0238
   E-mail Address: farah.abdulahi63@gmail.com

   B.   **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Government of the Republic of Somaliland
- Job or Title (if known):
- Street Address: Road #1, Presidency Street, 26 June Avenue
- City and County: Hargeisa, Somaliland
- State and Zip Code: Federal Republic of Somalia
- Telephone Number: 252-637857777
- E-mail Address (if known):

Defendant No. 2
- Name: Muse Bihi Abdi
- Job or Title (if known): President of the Republic of Somaliland
- Street Address: Road #1, Presidency Street, 26 June Avenue
- City and County: Hargeisa, Somaliland
- State and Zip Code: Federal Republic of Somalia
- Telephone Number: 252-637857777
- E-mail Address (if known):

Defendant No. 3
- Name: Ministry of Defense of the Republic of Somaliland
- Job or Title (if known):
- Street Address: Road #1, Presidency Street, 26 June Avenue
- City and County: Hargeisa, Somaliland
- State and Zip Code: Federal Republic of Somalia
- Telephone Number: 252-637857777
- E-mail Address (if known):

Defendant No. 4
- Name: Abdiqani Mohamoud Aateye
- Job or Title (if known): Minister of the Ministry of Defense of the Republic of Somaliland
- Street Address: Road #1, Presidency Street, 26 June Avenue
- City and County: Hargeisa, Somaliland
- State and Zip Code: Federal Republic of Somalia
- Telephone Number: 252-637857777
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Alien Tort Statute - 28 U.S. Code § 1350

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Abdullahi Mohamed Farah, is a citizen of the State of *(name)* Federal Republic of Somalia.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Muse Bihi Abdi, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* Federal Republic of Somalia.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

  b. If the defendant is a corporation

  The defendant, *(name)* __Gov of the Republic of Somaliland__, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

  Or is incorporated under the laws of *(foreign nation)* __Federal Republic of Somalia__, and has its principal place of business in *(name)* __Republic of Somaliland__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$1,300,000,000 USD

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Since December 27, 2022, Somaliland Ministry of Defense troops and militias under the command of the Government of the Republic of Somaliland have continuously attacked, using small arms and heavy weapons, and indiscriminately shelled the civilian population of Laascaanood due to the noted population's desire to remain part of Somalia. As of this complaint filing, over 200 civilians have been reported killed. On December 30, 2022, the plaintiff's father, a dual U.S. and Somali citizen named Mohamed Farah Alin, age 76 years old, was stopped on the streets of Las Anod by Somaliland soldiers, tortured and summarily executed by the said soldiers for his expressed support for Las Anod unification with Somalia. The plaintiff is a citizen of the Somalia.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff is seeking is seeking compensatory and punitive damages against the defendants in the amount of $1,300,000,000 USD

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/30/2023

Signature of Plaintiff

Printed Name of Plaintiff   Abdullahi Mohamed Farah

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

**Defendants**

1. The Government of the Republic of Somaliland
2. President Muse Bihi Abdi
3. The Ministry of Defense of the Republic of Somaliland
4. Minister Abdiqani Mohamoud Aateye

**If the Basis for Jurisdiction Is Diversity of Citizenship**

The Defendant

a. If the defendant is an Individual.

The defendant: **Abdigani Mohamoud Aateye** is a citizen of is a citizen of **Somalia.**

If the defendant is a corporation

The defendant, **The Ministry of Defense of the Republic of Somaliland**, is incorporated under

the laws of the State of *(name)* , and has its principal place of business in the State of *(name)* .

Or is incorporated under the laws of the **Federal Republic of Somalia** and has its principal place of business in the **Republic of Somaliland**

**Defendants**

1. The Government of the Republic of Somaliland
2. President Muse Bihi Abdi
3. The Ministry of Defense of the Republic of Somaliland
4. Minister Abdiqani Mohamoud Aateye

**If the Basis for Jurisdiction Is Diversity of Citizenship**

The Defendant

a. If the defendant is an individual.

The defendant: **Abdigani Mohamoud Aateye** is a citizen of is a citizen of **Somalia.**

If the defendant is a corporation

The defendant, **The Ministry of Defense of the Republic of Somaliland**, is incorporated under the laws of the State of *(name)* , and has its principal place of business in the State of *(name)* .

Or is incorporated under the laws of the **Federal Republic of Somalia** and has its principal place of business in the **Republic of Somaliland**